# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00571-CV

**Ishmael Jackson, Appellant**

**v.**

**Petar Kralev, Appellee**

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-24-001971,
### THE HONORABLE LEIGH MATHEWS RODRIGUEZ, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 12, 2025. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due December 29, 2025. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: March 13, 2026